# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBIN MCALLISTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1002 |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Pursuant to Local Civil Rule 72.3, on June 21, 2012, the above-captioned matter was referred to Magistrate Judge Facciola for full case management up to and excluding trial. After the parties filed cross-motions for summary judgment, Magistrate Judge Facciola issued a report and recommendation recommending that the Court deny plaintiff's motion and grant defendant's motion. (Report & Recommendation, February 20, 2014 [ECF No. 16].)

Under Local Civil Rule 72.3(b), parties may file for consideration by the district judge written objections within fourteen days of service of a magistrate judge's report. *See* LCvR 72.3(b). A party's failure to file an objection within that fourteen days may waive appellate review of a District Court order adopting the report and recommendation. *Id.*

The Court concurs with the recommendations contained in the magistrate judge's report. Since no party has filed any objections and the time for doing so has expired, it is hereby

**ORDERED** that Magistrate Judge Facciola's Report and Recommendation filed on February 20, 2014 [ECF No. 16] is **ADOPTED IN FULL**; it is further

**ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiffs' motion for summary judgment is **DENIED** [ECF No. 10] and defendant's motion for summary judgment [ECF No. 11] is **GRANTED**.

This is a final, appealable order.

/s/
ELLEN SEGAL HUVELLE
United States District Judge
on behalf of the Calendar Committee

Date: March 10, 2014